On May 8, 1998, we remanded this cause to the trial court with instructions that that court include in its order revoking the appellant's suspended sentence a statement that it was reasonably satisfied that the appellant was guilty of the charged offenses. See Stephenson v. State, 710 So.2d 489
(Ala.Cr.App. 1997).
The trial court, having complied with that instruction, issued an order stating, in pertinent part: "Based on the hereinabove, the Court finds that it is reasonably satisfied that the Appellant was guilty of the charged offenses of shoplifting and forgery. The Court further finds that it is reasonably satisfied that the Appellant, Mark A. Byrd, has committed the charged offenses."
We hold that the trial court has properly complied with our order remanding this cause. Accordingly, the judgment of the trial court is affirmed.
AFFIRMED.
LONG, P.J., and COBB, BROWN, and BASCHAB, JJ., concur.